Exhibit "A"

## RONALD HESTER 16-2010-CA-010080-XXXX-MA

| | Division: CV-H |
|---|---|
| | Clerk File Date: 08/12/2010 |
| Fee's / Fines: $0.00 | |

### Party(s)

| Full Name | Party Type | Sex | Race | DOB | License # | Address | Party Attorney |
|---|---|---|---|---|---|---|---|
| HESTER, RONALD | PLAINTIFF | | | | | | Gurrola, Thomas L 7855 Argyle Forest Blvd Ste 909 Jacksonville FL 322447707 (904)329-4138 |
| VALVE CORPORATION, | DEFENDANT | BUSINESS | | | | | |

### Case Fee(s)

| Effective Date | Description | Amount | Paid | Balance | In Collections |
|---|---|---|---|---|---|
| 08/12/2010 | CIR/GENERALCIVIL 6/1/09 | $411.00 | $411.00 | $0.00 | |

### Court Event(s)

No Court Events

### Docket(s)

| Image | Effective Date | Count | Description |
|---|---|---|---|
| | 8/12/2010 | | OTHER CIRCUIT CIVIL - OTHER |
| 🗎 | 8/12/2010 | | CASE FEES PAID: $411.00 ON RECEIPT NUMBER 1074162 |
| 🗎 | 8/12/2010 | | COMPLAINT, SUMMONS ISSUED |
| 🗎 | 8/12/2010 | | COVER SHEET |
| | 8/12/2010 | | REQUEST FOR JURY TRIAL |
| 🗎 | 9/2/2010 | | RETURN OF SERVICE ON SUMMONS ON 08/18/10 TO VALVE CORP. |



Mobile  En Español                                                    Sign In  Register  Fans ▾

# NFL

NEWS  VIDEO  TEAMS  PLAYERS  SCORES  SCHEDULES  STATS  STANDINGS  FANTASY  NFL NETWORK  GAME ACCESS  TICKETS  SHOP



## MIAMI DOLPHINS

ADVERTISEMENT

**Ron Hester**
Height: 6-2  Weight: 222  Age: 51
Born: Atlanta , GA
College: Florida State
Experience: 1 Season

## CAREER STATISTICS

| TCKL | SCK | FF | INT |
|------|-----|----|----|
| 0 | — | 0 | — |

Profile ▾ | Career Stats ▸ | Game Logs ▸

* Tackle data not available before 2001

### Career Stats                                                more

| Season | Team | G | GS | Comb | Total | Ast | Sck | SFTY | PDef | Int | Yds | Avg | Lng | TDs | FF |
|--------|------|---|----|----|----|----|----|----|----|----|----|----|----|----|----|
| 1982 | Miami Dolphins | 9 | -- | -- | -- | -- | 1.0 | -- | 0 | -- | -- | 0.0 | -- | -- | 0 |
| | TOTAL | 0 | | 0 | 0 | 0 | -- | 0 | 0 | -- | 0 | -- | 0 | 0 | 0 |

**Sponsored Links**

**2010 Medicare Supplement**
Anthem Blue Cross & Blue Shield- (Official Site) Get The Coverage You Need Today.
www.Anthem4Seniors.com

**Need A Home Job?**
We have 327 U.S. companies who need your help. Click here to qualify...
www.HomeJobsForCitizens.Org

**Obama Urges Homeowners to Refinance**
If you owe less than $729k you probably qualify for Obamas Refi Program
www.SeeRefinanceRates.com

Buy a link here

NFL Rush | PLAY 60        NFL Shop
NFL Youth Tackle          NFL Ticket Exchange
USA Football              Media Kit (PDF)
NFL International         Profootballhof.com
NFL On Location          NFLLabor.com
Rulebook                 In The Community
Contact Us | FAQ         NFLPlayers.com

Bills       Ravens     Texans     Broncos         Cowboys    Bears      Falcons      Cardinals
Dolphins    Bengals    Colts      Chiefs          Giants     Lions      Panthers     Rams
Patriots    Browns     Jaguars    Raiders         Eagles     Packers    Saints       49ers
Jets        Steelers   Titans     Chargers        Redskins   Vikings    Buccaneers   Seahawks





(Tips)

# PRO-FOOTBALL-
## REFERENCE.COM

play index | players | teams | years | coaches | leaders | super bowl | draft | boxes | blog | ncaa
fun | about | random

You Are Here > Pro-Football-Reference.com > Players > H > Ron Hester

# Ron Hester

**Ronald J. Hester**

**Position:** LB
**Height:** 6-2   **Weight:** 222 lbs.
**Born:** ▓▓▓▓▓▓▓ in Atlanta, GA
**College:** Florida State

**Career AV:** 2 (10360th overall since 1950)

Drafted by the Miami Dolphins in the 6th round (164th overall)
of the 1982 NFL Draft.

**53**

Our primary support comes from users
like you. Sponsor this page for $5.
Your message will replace this ad.

## Defense & Fumbles    Glossary · CSV · PRE · Game Log · Splits

| Year | Age | Tm | Pos | No. | G | GS | Sk | Int | Yds | TD | Lng | PD | FF | Fmb | FR | Yds | TD | Tkl | Ast | Sfty | AV |
|------|-----|-----|-----|-----|---|----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|------|-----|
| 1982 | 23 | MIA | | 53 | 9 | 0 | 1.0 | | | | | | | 0 | 1 | 0 | 0 | | | | 2 |
| Career | | | | | 9 | 0 | 1.0 | | | | | | | 0 | 1 | 0 | 0 | | | | 2 |

Copyright © 2000-2010 Sports Reference LLC. All rights reserved.

# Actuarial Publications

Social Security Online
www.socialsecurity.gov

Home    Questions?  ▾    Contact Us  ▾          Search [_____] [GO]

Statistical Tables

 **Period Life Table**

Life Tables

A period life table is based on the mortality experience of a population during a relatively short period of time. Here we present the 2006 period life table for the Social Security area population. For this table, the period life expectancy at a given age represents the average number of years of life remaining if a group of persons at that age were to experience the mortality rates for 2006 over the course of their remaining life.

### Period Life Table, 2006

| Exact age | Male | | | Female | | |
|---|---|---|---|---|---|---|
| | Death probability [a] | Number of lives [b] | Life expectancy | Death probability [a] | Number of lives [b] | Life expectancy |
| 0 | 0.007349 | 100,000 | 75.10 | 0.006055 | 100,000 | 80.21 |
| 1 | 0.000465 | 99,265 | 74.66 | 0.000433 | 99,395 | 79.70 |
| 2 | 0.000321 | 99,219 | 73.69 | 0.000276 | 99,351 | 78.73 |
| 3 | 0.000244 | 99,187 | 72.72 | 0.000184 | 99,324 | 77.75 |
| 4 | 0.000194 | 99,163 | 71.74 | 0.000160 | 99,306 | 76.77 |
| 5 | 0.000181 | 99,144 | 70.75 | 0.000144 | 99,290 | 75.78 |
| 6 | 0.000174 | 99,126 | 69.76 | 0.000133 | 99,276 | 74.79 |
| 7 | 0.000163 | 99,108 | 68.77 | 0.000124 | 99,262 | 73.80 |
| 8 | 0.000142 | 99,092 | 67.79 | 0.000113 | 99,250 | 72.81 |
| 9 | 0.000112 | 99,078 | 66.79 | 0.000102 | 99,239 | 71.82 |
| 10 | 0.000085 | 99,067 | 65.80 | 0.000093 | 99,229 | 70.82 |
| 11 | 0.000085 | 99,059 | 64.81 | 0.000094 | 99,220 | 69.83 |
| 12 | 0.000135 | 99,050 | 63.81 | 0.000113 | 99,210 | 68.84 |
| 13 | 0.000251 | 99,037 | 62.82 | 0.000153 | 99,199 | 67.85 |
| 14 | 0.000416 | 99,012 | 61.84 | 0.000210 | 99,184 | 66.86 |
| 15 | 0.000595 | 98,971 | 60.86 | 0.000274 | 99,163 | 65.87 |
| 16 | 0.000765 | 98,912 | 59.90 | 0.000335 | 99,136 | 64.89 |
| 17 | 0.000928 | 98,836 | 58.94 | 0.000385 | 99,103 | 63.91 |
| 18 | 0.001077 | 98,745 | 58.00 | 0.000418 | 99,064 | 62.93 |
| 19 | 0.001208 | 98,638 | 57.06 | 0.000438 | 99,023 | 61.96 |
| 20 | 0.001343 | 98,519 | 56.13 | 0.000457 | 98,980 | 60.99 |
| 21 | 0.001470 | 98,387 | 55.20 | 0.000479 | 98,934 | 60.01 |
| 22 | 0.001549 | 98,242 | 54.28 | 0.000497 | 98,887 | 59.04 |
| 23 | 0.001567 | 98,090 | 53.37 | 0.000511 | 98,838 | 58.07 |
| 24 | 0.001540 | 97,936 | 52.45 | 0.000523 | 98,787 | 57.10 |

| | | | | | |
|---|---|---|---|---|---|
| 25 | 0.001496 | 97,785 | 51.53 | 0.000536 | 98,736 | 56.13 |
| 26 | 0.001459 | 97,639 | 50.61 | 0.000550 | 98,683 | 55.16 |
| 27 | 0.001432 | 97,497 | 49.68 | 0.000567 | 98,629 | 54.19 |
| 28 | 0.001426 | 97,357 | 48.75 | 0.000588 | 98,573 | 53.22 |
| 29 | 0.001436 | 97,218 | 47.82 | 0.000612 | 98,515 | 52.25 |
| 30 | 0.001454 | 97,079 | 46.89 | 0.000641 | 98,454 | 51.28 |
| 31 | 0.001473 | 96,938 | 45.96 | 0.000677 | 98,391 | 50.32 |
| 32 | 0.001504 | 96,795 | 45.02 | 0.000720 | 98,325 | 49.35 |
| 33 | 0.001546 | 96,649 | 44.09 | 0.000772 | 98,254 | 48.39 |
| 34 | 0.001603 | 96,500 | 43.16 | 0.000833 | 98,178 | 47.42 |
| 35 | 0.001673 | 96,345 | 42.23 | 0.000903 | 98,096 | 46.46 |
| 36 | 0.001761 | 96,184 | 41.30 | 0.000982 | 98,008 | 45.50 |
| 37 | 0.001876 | 96,014 | 40.37 | 0.001073 | 97,911 | 44.55 |
| 38 | 0.002021 | 95,834 | 39.44 | 0.001179 | 97,806 | 43.59 |
| 39 | 0.002193 | 95,641 | 38.52 | 0.001299 | 97,691 | 42.65 |
| 40 | 0.002391 | 95,431 | 37.61 | 0.001430 | 97,564 | 41.70 |
| 41 | 0.002607 | 95,203 | 36.69 | 0.001570 | 97,425 | 40.76 |
| 42 | 0.002842 | 94,955 | 35.79 | 0.001720 | 97,272 | 39.82 |
| 43 | 0.003091 | 94,685 | 34.89 | 0.001878 | 97,104 | 38.89 |
| 44 | 0.003360 | 94,392 | 34.00 | 0.002046 | 96,922 | 37.96 |
| 45 | 0.003646 | 94,075 | 33.11 | 0.002229 | 96,724 | 37.04 |
| 46 | 0.003960 | 93,732 | 32.23 | 0.002423 | 96,508 | 36.12 |
| 47 | 0.004316 | 93,361 | 31.35 | 0.002622 | 96,274 | 35.21 |
| 48 | 0.004721 | 92,958 | 30.49 | 0.002826 | 96,022 | 34.30 |
| 49 | 0.005166 | 92,519 | 29.63 | 0.003038 | 95,750 | 33.39 |
| 50 | 0.005660 | 92,041 | 28.78 | 0.003275 | 95,460 | 32.49 |
| 51 | 0.006171 | 91,520 | 27.94 | 0.003535 | 95,147 | 31.60 |
| 52 | 0.006653 | 90,955 | 27.11 | 0.003798 | 94,811 | 30.71 |
| 53 | 0.007085 | 90,350 | 26.29 | 0.004061 | 94,450 | 29.83 |
| 54 | 0.007498 | 89,710 | 25.48 | 0.004338 | 94,067 | 28.94 |
| 55 | 0.007936 | 89,037 | 24.66 | 0.004640 | 93,659 | 28.07 |
| 56 | 0.008451 | 88,331 | 23.86 | 0.004993 | 93,224 | 27.20 |
| 57 | 0.009063 | 87,584 | 23.06 | 0.005419 | 92,759 | 26.33 |
| 58 | 0.009797 | 86,790 | 22.26 | 0.005936 | 92,256 | 25.47 |
| 59 | 0.010643 | 85,940 | 21.48 | 0.006534 | 91,708 | 24.62 |
| 60 | 0.011599 | 85,026 | 20.70 | 0.007219 | 91,109 | 23.78 |
| 61 | 0.012624 | 84,039 | 19.94 | 0.007956 | 90,452 | 22.95 |
| 62 | 0.013684 | 82,978 | 19.19 | 0.008698 | 89,732 | 22.13 |
| 63 | 0.014759 | 81,843 | 18.45 | 0.009424 | 88,951 | 21.32 |
| 64 | 0.015890 | 80,635 | 17.72 | 0.010174 | 88,113 | 20.52 |
| 65 | 0.017161 | 79,354 | 17.00 | 0.011009 | 87,217 | 19.72 |
| 66 | 0.018610 | 77,992 | 16.28 | 0.011986 | 86,257 | 18.94 |



# FLETCHER F FOOTBALL

COACHES

ROSTER | COACHES | SCHEDULE | CONTACT | PHOTOS | VIDEOS | PROSPECTS | ALUMNI

## Fletcher's Varsity Coaching Staff

### Josh Corey – Head Football Coach



Josh Corey took over as Fletcher's Head Coach from Joe Reynolds following the 2009 season. He is only the school's eighth Head Coach since Fletcher began playing football in 1937. Coach Corey was hired as Fletcher's offensive line coach in 1997 and was promoted to Assistant Head Coach in 2002. During Corey's tenure as an assistant at Fletcher, the Senators have reached the state playoffs ten times and won the district and conference championships four times each. A lifelong Beaches resident, Coach Corey is a Fletcher graduate and was a three year letterman for the Senators at center (1990-1992). He played his college football at the University of Florida as an offensive lineman (1993-1995) where he was a part of three SEC championship teams and played in a national championship game. He received his Bachelor's Degree in Sports Administration from the University of Florida and also holds a Master's Degree in Educational Leadership from Nova Southeastern University. Coach Corey is married to the former Michelle Wilt, who is also a 1994 graduate of Fletcher. They have two children (Sam & Emma ). He also coaches fast pitch softball and serves as the school's Activities Director and Assistant Athletic Director.

### Ricky Medlock – Offensive Coordinator / Quarterbacks



Ricky Medlock was hired as Fletcher's Offensive Coordinator in 1997. He is a Fletcher graduate and was a standout soccer player for the Senators. Coach Medlock played college soccer at Jacksonville University where he earned his Bachelor's Degree in Physical Education. Coach Medlock came to Fletcher from Mandarin High School where he was the school's first Head Football Coach. Medlock has coached several NFL players in his career and lead the Mustangs to the first two playoff berths in school history. He also coached at Terry Parker High School prior to landing the Mandarin job. Coach Medlock is married (Lori) and has three sons (Jake, Sam & Luke). He also coaches boys basketball and track.

### Caleb Thomas – Defensive Coordinator / Strength &

TODAY'S EVENTS
at NEASE at 7:00 pm

UPCOMING EVENTS

September 9, 2010
   JV at Mandarin at 6:00 pm
September 10, 2010
   SANDALWOOD at 7:00 pm
September 16, 2010
   JV vs Atlantic Coast at 6:00 pm
September 17, 2010
   WOLFSON at 7:00 pm
September 23, 2010
   JV vs Englewood at 6:00 pm
September 24, 2010
   MANDARIN at 7:00 pm
September 30, 2010
   JV at Wolfson at 6:00 pm
October 1, 2010
   FORREST at 7:00 pm

FLETCHER FOOTBALL SPONSOR



MAX MUSCLE
SPORTS NUTRITION

B E A C H E S
PROUDLY SUPPORTS
FLETCHER FOOTBALL

BEACHES.MAXMUSCLE.COM
BLOGROLL

DCPS Sports Physical Physical Form





## Conditioning



Caleb Thomas was promoted to Defensive Coordinator by Head Coach Josh Corey following the retirement of Coach Kevin Brown after the 2009 season. hired at Fletcher in 2005 as a journalism teacher. He played defensive back at Godby High School in Tallahassee for three years then transferred to Florida High School where he played his senior year. Coach Thomas graduated from FSU where he majored in English and creative writing. He is currently married (Joy) and has no kids. Caleb coached two years of junior varsity football at Florida High School and one year of varsity football while attending FSU. He was a Sergeant in the Army and served a one year tour of duty in Guantanamo Bay, Cuba and Basa, Iraq. Coach Thomas also heads Fletcher Football's strength & conditioning program. Under his leadership, Fletcher football players have made great strides in their strength and performance goals.

## Ron Hester – Linebackers



Ron Hester was hired as Fletcher's linebackers coach in 1997. Hester brings a wealth of playing experience to the table. Coach Hester is a graduate of Umatilla High School where he was an outstanding linebacker. He played college football at Florida State University where he played linebacker for the Seminoles. Coach Hester was drafted out of FSU and played for the NFL's Miami Dolphins. During his tenure with the Dolphins, Hester played in two AFC championship games and one in Super Bowl. He received his Bachelor's Degree from Florida State in Physical Education and is currently working towards his Master's Degree in Educational Leadership. Coach Hester also serves as the school's Head Track Coach. Hester is married (Kimberly) and has six children (Deannia, Adriannia, Mitchell, Ashlee, Nia & Aaron)

## Zsolt Takacs – Offensive Line



Zsolt Takacs was hired at Fletcher in 2003. He has coached defensive line and currently works as the offensive line coach. Takacs is a Fletcher graduate and lettered in football from 1989-1991. Coach Takacs was an outstanding offensive lineman for the Senators and also participated in baseball & track and field. He played college football as an offensive linemen at University of the South in Sewanee, Tennessee where he double majored in natural resources and biology. Coach Takacs currently teaches marine biology and coaches fast-pitch softball. Takacs is also a professional kayak fisherman and writes for several fishing publications throughout the Southeast United States.

## Andrew Davis – Running Backs



Andrew Davis came back to Fletcher in 2008 as a world cultures and reading teacher. He was originally hired as the JV defensive coordinator but currently serves as the varsity running backs coach. Coach Davis graduated from Fletcher in 2003 and played football, basketball and track for the Senators. Coach Davis was a two way starter for the Senators football team from 1999-2002. Davis went to FSU and graduated in 2007 after receiving his Bachelor's degree in Social Science. Coach Davis' grandfather, Joe Andrew, was Fletcher's third Head Football Coach from 1957-1958. Davis also teaches reading and serves as the school's head flag football coach. Coach Davis is married to the former Shannon Crouse, also a Fletcher graduate.

## Anthony Campanella – Defensive Line

Anthony Campanella was hired on at Fletcher in 2007 as

Exhibit "B"

RECEIVED
CIVIL

'10 AUG 16 PM 12: 15

KING COUNTY SHERIFF

IN THE CIRCUIT COURT, FOURTH
JUDICIAL CIRCUIT, IN AND FOR
DUVAL COUNTY, FLORIDA

CASE NO.:
DIVISION:

RONALD HESTER,
      Plaintiff,

16- 2010 -CA- 0 1 0 0 8 0    -XXXXX

vs.

VALVE CORPORATION,
A Foreign Corporation,
      Defendant.

RECEIVED 8/18/10
PTSGE CORP.
BY: *Leann M. Freburg*
Suzanne M. Freburg, Vice President

DIVISION CV-H

_____/

## SUMMONS: PERSONAL SERVICE ON AN ~~INDIVIDUAL~~ *Corporation*
## IMPORTANT

TO:    Valve Corporation, a foreign corporation
        c/o PTSGE Corp., Registered Agent
        925 4th Avenue, Suite 2900
        Seattle, WA  98104-1158

      A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court. A phone call will not protect you. Your written response, including the above case number and named parties, must be filed if you want the court to hear your side of the case. If you do not file a written response on time you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

      If you choose to file a written response yourself, at the same time you file your written response to the Court you must also mail or take a copy of your written response to the Plaintiff's attorney named below:

              Thomas L. Gurrola, Esquire
              Florida Bar No. 52692
              7855 Argyle Forest Blvd., Suite 909
              Jacksonville, Florida 32244
              Telephone: (904) 329-4138
              Attorney for Plaintiff

      THE STATE OF FLORIDA:

      TO EACH SHERIFF OF THE STATE:  You are commanded to serve this Summons and a copy of the Complaint in this lawsuit on the above-named individual.

      DATED on ___AUG 1 1 2010___, 2010.

                                        JIM FULLER
                                        Clerk of Courts

(see reverse side)
(Vease al reves)
(Voir de l'autre cote de)

                                        By: PEGGY BATES
                                        Deputy Clerk

## IMPORTANTE

Usted ha sido demando legalmente. Tiene veinte (20) dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado immediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea reponder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff's Attorney." (Demandate o Abogado del Demandadante).

## IMPORTANT

Des poursuites judiciaries ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce Tribunal. Un simple coup de telephone est insuffisant pour vous proteger. Vous etes oblige de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le Tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du Tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie au carbone ou une photocopie de votre reponse ecrite au Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous.

Thomas L. Gurrola, Esquire
Florida Bar No. 52692
7855 Argyle Forest Blvd., Suite 909
Jacksonville, Florida 32244
Telephone: (904) 329-4138
Attorney for Plaintiff

Exhibit "C"

IN THE CIRCUIT COURT, FOURTH
JUDICIAL CIRCUIT, IN AND FOR
DUVAL COUNTY, FLORIDA

CASE NO.: 16-2010-CA-010080
DIVISION: CV-H

RONALD HESTER,

        Plaintiff,

vs.

VALVE CORPORATION,
a Foreign Corporation,

        Defendant.

_____/

## NOTICE OF FILING NOTICE OF REMOVAL

        Defendant Valve Corporation, by counsel, gives notice pursuant to 28 U.S.C. §

1446(d) of having filed its Notice of Removal with the United States District Court for

the Middle District of Florida, Jacksonville Division. This Court is relieved of

jurisdiction over this matter and Valve Corporation requests this Court to take no further

action in this matter.

        Respectfully submitted this 7ᵗʰ day of September 2010.

Jeptha F. Barbour, Esquire
Florida Bar No.: 0347000
Edward L. Birk, Esquire
Florida Bar No.: 068462
**MARKS GRAY, P.A.**
Post Office Box 447
Jacksonville, FL 32201
Telephone:    (904) 398-0900
Facsimile:    (904) 399-8440
E-mail: jbarbour@marksgray.com
        ebirk@marksgray.com

Attorneys for Defendant Valve Corporation

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing was sent to Thomas

Gurrola, Esquire, Liberty Law, PLLC, 7855 Argyle Forest Blvd., Suite 909, Jacksonville,

FL  32244 by **U.S. Mail** this _____ day of September 2010.

_____
/Attorney

450237