RECEIVED
CIVIL

10 AUG 16 PM 12:15

KING COUNTY SHERIFF

IN THE CIRCUIT COURT, FOURTH
JUDICIAL CIRCUIT, IN AND FOR
DUVAL COUNTY, FLORIDA

16- 2010-CA- 010080 -XXXX-M

CASE NO.:
DIVISION:

**RONALD HESTER,**
    Plaintiff,

vs.

**VALVE CORPORATION,**
    A Foreign Corporation,
    Defendant.

_____/

DIVISION CV-H

RECEIVED 8/18/10
PTSGE CORP.
BY: _____
Suzanne M. Freburg, Vice President

## COMPLAINT

Plaintiff, **RONALD HESTER**, (hereinafter "Hester" or "Plaintiff" sues Defendant **VALVE CORPORATION**, (hereinafter "Valve" or "Defendant") a Foreign For Profit Corporation and alleges the following in support thereof:

### ALLEGATIONS COMMON TO ALL COUNTS

1. This is an action brought pursuant to Section 540.08 of the Florida Statutes for an injunction and for damages that exceed Fifteen Thousand Dollars ($15,000.00).

2. At all time material, plaintiff, **RONALD HESTER** (hereinafter referred to as 'Plaintiff" or "Hester") was and is a resident of Duval County, Florida.

3. At all times material, defendant **VALVE CORPORATION** (hereinafter referred to as "Valve" or "Defendant") was a foreign corporation, engaged in the business of developing/distributing video games, with its principal office located in Bellevue, Washington.

4. On or about November 17, 2009, **Valve Corporation** released for distribution and sale the video game "Left 4 Dead 2".

5. At all times material hereto, **Valve** intended to distribute and sell and did distribute and sell the video game worldwide, and thus profit from the distribution and sale of this video game.

6. The distribution of "Left 4 Dead 2" included the State of Florida, and Duval County, thus Venue is proper.

7. **Valve** did distribute and sell over 1.8 million copies of the video game "Left 4 Dead 2".

8. In November, 2009, **Hester** became aware of his likeness being exploited in the video game as students and school officials began to question him about "Left 4 Dead 2".

9. **Valve** has used and is continuing to use Plaintiff's likeness in their video game, "Left 4 Dead 2", for their commercial and pecuniary benefit without the consent of Plaintiff.

## COUNT I

## INVASION OF PRIVACY

## UNAUTHORIZED PUBLICATION OF NAME OR LIKENESS

10. Plaintiff repeats and realleges the allegations contained in paragraphs one (1) through nine (9) above as if set forth in full here.

11. A central character in "Left 4 Dead 2" is a character named/called "Coach".

12. **Valve,** in designing this central character, did use the likeness of Plaintiff without his express written or oral consent in violation of Section 540.08 of the Florida Statutes.

13. Defendant has used and is continuing to use Plaintiff's likeness for their commercial and pecuniary benefit.

14. The distribution and sale of the video game, "Left 4 Dead 2" which includes the unauthorized likeness of the Plaintiff constitutes an invasion of the Plaintiff's right to privacy as stated in Section 540.08 of the Florida Statutes.

15. As a direct and proximate result of the Defendants' invasion of Plaintiff's right of privacy, Plaintiff's peace of mind has been disturbed; Plaintiff has been humiliated and embarrassed; Plaintiff's right of privacy has been violated; Plaintiff has suffered mental pain and anguish and will continue to suffer permanently in the future.

16. Pursuant to Section 540.08 of the Florida Statutes, plaintiff also seeks to recover as damages an amount which would have been a reasonable royalty for use of plaintiff's likeness.

17. The Plaintiff would further show that the damages incurred by him as described herein were directly and proximately caused by the willful, malicious and intentional misconduct of the Defendant and/or gross negligence, conscious indifference and utter disregard of Plaintiff's reputation, character and feelings. The conduct of the Defendant was prompted solely by pecuniary motives and deprived Plaintiff of the opportunity of free choice as to whether or not to participate in Defendant's commercial endeavor. As a result, Plaintiff should be

awarded an amount of punitive damages that would act as a deterrent to the Defendant and others from the commission of like offenses and wrongs.

**WHERFORE**, Plaintiff, **RONALD M. HESTER**, demands judgment for general damages, special damages, costs of this action, and a reasonably royalty against Defendant, **Valve Corporation**, and such other and further relief as the Court deems just and proper, with a request for a trial by jury.

## COUNT II

### INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

18. Plaintiff repeats and realleges the allegations contained in paragraphs one (1) through nine (9) above as if set forth in full here.

19. Defendant's conduct in developing the character "Coach" based on the likeness of plaintiff, and describing him as a chainsaw wielding, high school teacher that barely managed to get through college, that throughout the game wields guns, chainsaws and other weapons while killing people/zombies was intentional and reckless.

20. Defendant's conduct in describing plaintiff is outrageous and offensive.

21. Defendant's depiction of plaintiff as a barely educated, chainsaw wielding, man out to bring his own "brand of southern hospitality" to the game while killing and maiming his way from town to town across the South has caused Plaintiff emotional distress.

22. As a direct result of Defendant's willful and outrageous conduct, Plaintiff has suffered emotional distress along with injury to his reputation.

**WHERFORE**, Plaintiff, **RONALD M. HESTER**, demands judgment for general damages, special damages, costs of this action, and a reasonably royalty against Defendant, **Valve Corporation**, and such other and further relief as the Court deems just and proper, with a request for a trial by jury.

Respectfully Submitted,
Liberty Law, PLLC

Thomas Gurrola, Esq.
Florida Bar No.: 52692
7855 Argyle Forest Blvd., Suite 909
Jacksonville, FL 32244
Tel: (904) 329-4138
Fax: (904) 329-4189
Attorneys for Plaintiff

RECEIVED
CIVIL

10 AUG 16 PM 12: 15

KING COUNTY SHERIFF

## VERIFICATION

I understand that I am swearing or affirming under oath to the truthfulness of the claims made in this verified motion and that the punishment for knowingly making a false statement includes fines and/or imprisonment.

Dated: 8/9/10

_____
RONALD HESTER, Plaintiff

STATE OF FLORIDA
COUNTY OF DUVAL

Sworn to or affirmed and signed before me on August 9th, 2010 by RONALD HESTER

_____
NOTARY PUBLIC or DEPUTY CLERK

VICTOR ROSENBERGER
Notary Public, State of Florida
Commission# DD921133
My comm. expires Nov. 18, 2013

[Print, type, or stamp commissioned name of notary or clerk.]

___ Personally known
✓ Produced identification
Type of identification produced  FL D.L H236-720-57-186-0

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to VALVE CORPORATION by personal service via service of process.

LIBERTY LAW, PLLC

_____
Thomas L. Gurrola, Esquire
Florida Bar No.: 52692