UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FILED
2010 SEP -7 P 3: 36
CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

RONALD HESTER,

　　　　Plaintiff,

vs.                                         Case No. 3:10-CV-814-J-MMH-JRK

VALVE CORPORATION,
a Foreign Corporation,

　　　　Defendant.
_____/

## DECLARATION OF EDWARD L. BIRK

I, Edward L. Birk, declare as follows based on personal information.

Attached hereto are pdf copies from the following internet websites:

1. http://www.nfl.com/players/ronhester/profile?id=HES692150

2. http://www.pro-football-reference.com/players/H/HestRo20.htm

3. http://fletcherfootball.com/coaches/

4. http://www.ssa.gov/OACT/STATS/table4c6.html

I viewed these websites on September 3, 2010. The pdf copy of these websites that are attached hereto fairly and accurately represent those websites as viewed.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746(2) that the foregoing is true and correct. Executed on this 7th day of September 2010.

_____