**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

RONALD HESTER,

    Plaintiff,

v.                                             Case No. 3:10-cv-814-J-99MMH-JRK

VALVE CORPORATION,

    Defendant.

_____

**IMPORTANT INFORMATION ABOUT YOUR CASE**
**PLEASE READ AND FOLLOW**

      TAKE NOTICE, that in accordance with Local Rule 3.05, this action is designated as a <u>TRACK TWO</u> CASE. The Court's goal is to try most Track Two cases within 12-18 months of filing. **The filing party (that is, the party that instituted suit in this Court) is responsible for serving a copy of this Notice and its attachments upon all other parties.** Pursuant to Local Rule 3.05, the parties should conduct a case management conference (either in person or by telephone[1]) no later than 60 days after service or appearance of any defendant. **The Case Management Report should be filed within 14 days of the case management conference.** In preparing their Report, the parties shall consult the Federal Rules of Civil Procedure and the Local Rules (available from the Clerk or at www.flmd.uscourts.gov). Counsel for all parties share the obligation to timely comply with the requirements of Local Rule 3.05 and are reminded that they must do so despite the pendency of any undecided motions.

      **<u>The parties are advised that if they fail to use the attached Case Management Report form, the Court will set a schedule and select a mediator as the Court deems appropriate</u>**.

Date: September 9, 2010                                         SHERYL L. LOESCH, CLERK
                                                                             By: <u>s/Jodi L. Wiles</u>

Copies to: Counsel of Record                                        Deputy Clerk
            Pro Se Parties
Attachments:    Case Management Report form
                        AO 85 Consent to Magistrate Judge Jurisdiction form

---

    [1]If all parties agree to conduct the case management conference by telephone, they may do so without filing a motion with the Court.

                                                                                     Updated 5/2010