UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

RONALD HESTER,

       Plaintiff,

vs.                                    Case No.  3:10-cv-814-J-99MMH-JRK

VALVE CORPORATION,
a Foreign Corporation,

       Defendant.
_____/

## DEFENDANT'S CORRECTED CERTIFICATE OF SERVICE

Defendant Valve Corporation, by counsel, hereby files this corrected certificate of service and states as follows.

On September 7, 2010, Defendant filed its Notice of Removal and associated papers (docs. 1-3) and indicated in the certificate of service that the removal papers had been filed through the CM/ECF system which would provide a notice of electronic filing and a copy of the papers to counsel for Plaintiff.

The undersigned later determined that Plaintiff's counsel is not a registered CM/ECF user and therefore served copies of the removal papers (docs. 1-3) **via email** to counsel for Plaintiff, Thomas Gurrola, Esq., Liberty Law, PLLC, 7855 Argyle Forest Boulevard, Suite 909, Jacksonville, Florida 32244, tgurrola@libertylawlegal.com on September 8, 2010 and **via U.S. Mail** on September 9, 2010.

Respectfully submitted this 9th day of September 2010.

_____
Jeptha F. Barbour, Esquire
Florida Bar No.: 0347000
Edward L. Birk, Esquire
Florida Bar No.: 068462
**MARKS GRAY, P.A.**
Post Office Box 447
Jacksonville, FL 32201
Telephone: (904) 398-0900
Facsimile: (904) 399-8440
E-mail: jbarbour@marksgray.com
ebirk@marksgray.com

Attorneys for Defendant Valve Corporation

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing was sent to Thomas Gurrola, Esquire, Liberty Law, PLLC, 7855 Argyle Forest Blvd., Suite 909, Jacksonville, FL 32244 via **U.S. Mail** this 9th day of September 2010.

_____
Jeptha F. Barbour, Esquire
Florida Bar No.: 0347000
Edward L. Birk, Esquire
Florida Bar No.: 068462
**MARKS GRAY, P.A.**
Post Office Box 447
Jacksonville, FL 32201
Telephone: (904) 398-0900
Facsimile: (904) 399-8440
E-mail: jbarbour@marksgray.com
ebirk@marksgray.com

Attorneys for Defendant Valve Corporation

451180