UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

RONALD HESTER,

        Plaintiff,

vs.                            Case No.  3:10-CV-814-J-99MMH-JRK

VALVE CORPORATION,
a Foreign Corporation,

        Defendant.
_____/

## ANSWER

Defendant, Valve Corporation, by counsel, answers the complaint filed herein by Plaintiff and says:

1. Admitted for jurisdictional purposes only.

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted.

6. Admitted.

7. Admitted.

8. Denied.

9. Denied.

10. Defendant reasserts and realleges its responses to paragraphs 1 through 9 above.

11. Admitted.

12. Denied.

13. Denied.

14. Denied.

15. Denied.

16. Denied.

17. Denied.

Defendant denies that Plaintiff is entitled to any relief prayed for in his WHEREFORE clause or any other relief.

18. Defendant reasserts and realleges its responses to paragraphs 1 through 17 above.

19. Denied.

20. Denied.

21. Denied.

22. Denied.

Defendant denies that Plaintiff is entitled to any relief prayed for in his WHEREFORE clause or any other relief.

Any allegation not expressly admitted is hereby denied.

## DEMAND FOR ATTORNEY'S FEES

Plaintiff's claims are not supported by any material facts necessary to establish those claims or by existing law. Accordingly, Defendant is entitled to recover attorney's fees pursuant to section 57.105, *Florida Statutes*, and Federal Rule of Civil Procedure 11.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

23.     Count I of the Complaint fails to state a claim upon which relief can be granted under section 540.08, *Florida Statutes*.

### SECOND AFFIRMATIVE DEFENSE

24.     Count II of the Complaint fails to state a claim upon which relief can be granted for intentional infliction of emotional distress.

### THIRD AFFIRMATIVE DEFENSE

25.     The Complaint fails to set forth allegations sufficient to justify an award of punitive or exemplary damages under section 540.08, *Florida Statutes*, or Florida law.

### FOURTH AFFIRMATIVE DEFENSE

26.     To the extent the Complaint purports to set forth a claim for injunctive relief, the Complaint fails to state a claim upon which injunctive relief can be awarded.

Respectfully submitted this ___ day of September 2010.

/s/ Jeptha R. Barbour

Jeptha R. Barbour, Esquire
Florida Bar No.: 0347000
Edward L. Birk, Esquire
Florida Bar No.: 068462
**MARKS GRAY, P.A.**
Post Office Box 447
Jacksonville, FL 32201
Telephone:     (904) 398-0900
Facsimile:      (904) 399-8440
E-mail: jbarbour@marksgray.com
            ebirk@marksgray.com
Attorneys for Defendant Valve Corporation

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that this 14th day of September 2010, I have caused a copy of the foregoing document to be served via U.S. Mail on counsel for Plaintiff, Thomas

3

Gurrola, Esquire, Liberty Law, PLLC, 7855 Argyle Forest Blvd., Suite 909, Jacksonville, FL 32244.

/s/ *[signature]*

Jeptha F. Barbour, Esquire
Florida Bar No.: 0347000
Edward L. Birk, Esquire
Florida Bar No.: 068462
**MARKS GRAY, P.A.**
Post Office Box 447
Jacksonville, FL 32201
Telephone: (904) 398-0900
Facsimile: (904) 399-8440
E-mail: jbarbour@marksgray.com
 ebirk@marksgray.com
Attorneys for Defendant Valve Corporation

24760/450860

4